■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL STRATTON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Felig, J.), rendered August 2, 1988, convicting him of murder in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant has failed to preserve for appellate review his claims that the court's marshaling of the evidence and its charge on identification deprived him of a fair trial *(see,* CPL 470.05 [2]). In any event, we find the contentions to be without merit.

We have considered the defendant's remaining contentions contained in his supplemental *pro se* brief, including his claim that the sentence is excessive, and find them to be without merit. Eiber, J. P., O'Brien, Copertino and Pizzuto, JJ., concur.